PROB 12C
(6/16)

Report Date: October 31, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 01, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kristen Ashlie Windy Cloud        Case Number: 0980 1:17CR02009-LRS-2

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: September 7, 2017

Original Offense:        Attempting to Elude Police Vehicle, 18 U.S.C. § 13

Original Sentence:       Prison - 18 months;         Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     Meghan McCalla              Date Supervision Commenced: October 1, 2019

Defense Attorney:        Robin C. Emmans             Date Supervision Expires: September 30, 2022

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #1**: You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of release from imprisonment, unless the probation officer tells you to report to a different probation office or within a different time frame. |
| | **Supporting Evidence**: The offender is considered to be in violation of her terms of supervised release by failing to report to the United States Probation office on October 22, 2019, as directed by the undersigned officer. |
| | United States Probation officer Chris Heinen reviewed conditions of supervised release with Ms. Cloud on September 25, 2019, before releasing from Bureau of Prisons' (BOP) custody, to include standard condition #1, as noted above. |
| | On October 1, 2019, Ms. Cloud  released  from BOP's custody with the intentions of returning to the residential reentry center in Spokane, Washington, after completing  her Washington State Department of Corrections (DOC) sentence. On October 16, 2019, the undersigned visited Ms. Cloud at the Yakima County Jail, directing her to report to the United States Probation Office upon her release, and should she release after business hours, she was to report on the following business day.  This officer was notified by a Yakima |

Prob12C
**Re: Cloud, Kristen Ashlie Windy**
**October 31, 2019**
**Page 2**

        County Jail release report that Ms. Cloud released from state custody on October 21, 2019, at 5:55 p.m. Ms. Cloud failed to report the next business day, as directed. At the time this petition was written, Ms. Cloud's whereabouts are unknown.

2      **Special Condition #17**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility.

        **Supporting Evidence**: The offender is considered to be in violation of her term of supervised release by failing to reside at the RRC as directed by this officer.

        United States Probation officer Chris Heinen reviewed conditions of supervised release with Ms. Cloud on September 25, 2019, before releasing from Bureau of Prisons' (BOP) custody, to include special condition #17, as noted above.

        On October 1, 2019, Ms. Cloud released from BOP's custody with the intentions of returning to the RRC in Spokane, after completing her DOC sentence. October 16, 2019, the undersigned visited Ms. Cloud at the Yakima County Jail for the purpose of confirming continued placement at the RRC and provided her reporting instructions. This officer directed Ms. Cloud to report immediately upon her release, and should she release outside of business hours, Ms. Cloud was directed to report the following business day.

        On October 21, 2019, Ms. Cloud released from state custody, and failed to reported to the United States Probation office to begin the process of returning to the RRC as planned.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

        I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 31, 2019

        s/Nicholas A. Bazan

        Nicholas A. Bazan
        U.S. Probation Officer

Prob12C
**Re: Cloud, Kristen Ashlie Windy**
**October 31, 2019**
**Page 3**

THE COURT ORDERS

[  ]  No Action
[X]  The Issuance of a Warrant
[  ]  The Issuance of a Summons
[  ]  Other

*Signature of Judicial Officer*

November 1, 2019

Date